*Of Counsel* – Hyslip & Taylor LLC LPA
Art Matthews, Esq.
Email: aem@matthewsfirm.net
Attorney for Plaintiff
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Kelley<br><br>     Plaintiff,<br><br>v.<br><br>Clark County Collection Service, LLC<br><br>     Defendant. | Case No. 3:14-cv-01717-MMA-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**Plaintiff hereby gives notice of voluntary dismissal with prejudice pursuant to F.R.C.P. 41.**

                              RESPECTFULLY SUBMITTED,
                              Hyslip & Taylor, LLC, LPA

                              By:  s/ Art Matthews

*Of Counsel* – Hyslip & Taylor LLC LPA
Art Matthews, Esq.
Email: aem@matthewsfirm.net
Attorney for Plaintiff
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

Complaint - 1